**FILED**
July 19, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                             )<br>                    Plaintiff,               )<br>v.                                                         )<br>                                                             )<br>MOCTEZUMA TOVAR,                 )<br>                                                             )<br>                    Defendant.           ) | Case No. 2:11-CR-00296-WBS-1<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>MOCTEZUMA TOVAR</u>, Case No. <u>2:11-CR-00296-WBS-1</u>, Charge <u>Title 18 USC § 1349</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___    Release on Personal Recognizance

    ✔    Bail Posted in the Sum of $ <u>100,000 (to be secured by 7/27/11)</u>

            ✔    Unsecured Appearance Bond <u>($100,000 In the interim, co-signed)</u>

            ___    Appearance Bond with 10% Deposit

            ___    Appearance Bond with Surety

            ___    Corporate Surety Bail Bond

            ✔    (Other)    <u>With pretrial supervision and conditions of release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>July 19, 2011</u> at <u>3:30</u> pm.

By      *Dale A. Drozd* (signature)

Dale A. Drozd
United States Magistrate Judge