THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorneys for Moctezuma Tovar

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MOCTEZUMA TOVAR, <br><br> Defendant. | Case No.: 2:11-cr-00296-WBS <br><br> ORDER MODIFYING CONDITIONS OF RELEASE FOR MOCTEZUMA TOVAR |

## ORDER

IT IS HEREBY ORDERED that Mr. Tovar may travel to Mexico for one week to attend his cousin's wedding and family reunion from June 22, 2015 to June 29, 2015. Mr. Tovar shall provide proof of his travel and hotel accommodations to Pre-Trial Services.  Mr. Tovar shall check-in telephonically with his Pretrial Services Officer during his trip, as directed by the Pretrial Services Officer prior to departure.

IT IS FURTHER ORDERED that the Clerk of the District Court return Moctezuma Tovar's passport.  Mr. Tovar's passport will stay in the custody of defense counsel, Thomas A. Johnson, until Mr. Tovar travels to the San Francisco, California in the Northern District to renew his passport.  Once Mr. Tovar obtains a renewed passport, he will return it to defense counsel who shall release the passport back to Mr. Tovar one day prior to his departure to Mexico.  When Mr. Tovar returns from Mexico,

his passport shall be returned to the Clerk of the District Court the following business day.

**IT IS SO ORDERED.**

Dated: May 13, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2