THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorneys for Moctezuma Tovar

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>MOCTEZUMA TOVAR,<br><br>  Defendant. | Case No.: 2:11-cr-00296-JAM<br><br>STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE FOR MOCTEZUMA TOVAR |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the conditions of release for defendant Moctezuma Tovar may be modified to permit Mr. Tovar to travel to Punta Cana from June 25, 2017 to July 2, 2017 in order to attend his aunt's forty-eighth wedding anniversary. Mr. Tovar shall return to the Eastern District of California on or before July 2, 2017.

Brian Fogerty, Assistant United States Attorney, and Thomas A. Johnson, attorney for Moctezuma Tovar, agree to this modification of the conditions of release. All other previously ordered conditions of release remain in full force and effect.

**IT IS SO STIPULATED.**

Dated: June 9, 2017                               /s/ Thomas A. Johnson
                                                  THOMAS A. JOHNSON
                                                  Attorney for Moctezuma Tovar

1

Dated: June 9, 2017

PHILIP A. TALBERT
United States Attorney

/s/ Brian Fogerty
BRIAN FOGERTY
Assistant U.S. Attorney

## **ORDER**

IT IS HEREBY ORDERED that defendant Moctezuma Tovar may travel to Punta Cana to attend his aunt's forty-eighth wedding anniversary from June 25, 2017 to July 2, 2017. In advance of his trip, Mr. Tovar shall provide proof of his travel and hotel accommodations to Pretrial Services.

IT IS FURTHER ORDERED that the Clerk of the Court shall return Moctezuma Tovar's passport. Mr. Tovar shall return his passport to the Clerk of the Court on the first business day following his return to the Eastern District of California on July 2, 2017.

**IT IS SO ORDERED.**

Dated: June 9, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE