THOMAS A. JOHNSON, #119203
KRISTY M. HORTON, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 442-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MOCTEZUMA TOVAR, et al.,<br><br>    Defendants. | Case No.: 2:11-cr-00296-JAM-1<br><br>STIPULATION AND ORDER TO TERMINATE DEFENDANT'S PRE-TRIAL SERVICES SUPERVISION |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the supervision of Moctezuma Tovar by Pre-Trial Services be terminated. Mr. Tovar has been under supervision for approximately seven years; he has made all of his required court appearances; he has no prior failures to appear for court; and no violations have been filed. Pre-Trial Services has also been informed of the request and joins in the termination of Mr. Tovar's supervision.

**IT IS SO STIPULATED.**

DATED: March 14, 2018                        By:   /s/ Thomas A. Johnson
                                                                             THOMAS A. JOHNSON
                                                                             Attorney for Moctezuma Tovar

1

| | | |
|---|---|---|
| DATED: March 14, 2018 | | McGREGOR W. SCOTT<br>United States Attorney |
| | By: | /s/ Brian Fogerty<br>BRIAN FOGERTY<br>Assistant United States Attorney |

**<u>ORDER</u>**

**IT IS SO ORDERED.**

Dated: March 15, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE