THOMAS A. JOHNSON, #119203
KRISTY M. HORTON, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California  95814
Telephone: (916) 422-4022
Attorneys for Moctezuma Tovar

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MOCTEZUMA TOVAR,<br><br>Defendant. | Case No.: 2:11-cr-00296-01 WBS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING CONDITIONS OF RELEASE FOR MOCTEZUMA TOVAR |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the conditions of release for defendant Moctezuma Tovar may be modified to permit Mr. Tovar to travel to Puerta Vallarta, Mexico from June 16, 2018 to June 23, 2018 in order to attend a family reunion.  Mr. Tovar shall return to the Eastern District of California on or before June 23, 2018.

Brian Fogerty, Assistant United States Attorney, and Thomas A. Johnson, attorney for Moctezuma Tovar, agree to this modification of the conditions of release.  All other previously ordered conditions of release remain in full force and effect.

**IT IS SO STIPULATED.**


Dated: May 14, 2018                    /s/ Thomas A. Johnson
                                       THOMAS A. JOHNSON
                                       Attorney for Moctezuma Tovar

1

Dated: May 14, 2018   McGREGOR W. SCOTT
United States Attorney

/s/ Brian Fogerty
BRIAN FOGERTY
Assistant U.S. Attorney

### ORDER

IT IS HEREBY ORDERED that defendant Moctezuma Tovar may travel to Puerta Vallarta, Mexico to attend a family reunion from June 16, 2018 to June 23, 2018. In advance of his trip, Mr. Tovar shall provide proof of his travel and hotel accommodations to the Assistant United States Attorney. Mr. Tovar shall return to this district on June 23, 2018, and his failure to do so will be considered a violation of the terms of his conditions of release as well as a separate crime for which he may be prosecuted.

IT IS FURTHER ORDERED that the Clerk of the Court shall return Moctezuma Tovar's passport. Mr. Tovar shall return his passport to the Clerk of the Court on the first business day following his return to the Eastern District of California on June 23, 2018.

**IT IS SO ORDERED.**

Dated: May 14, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE