THOMAS A. JOHNSON, #119203
KRISTY M. HORTON, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022
Attorneys for Moctezuma Tovar

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MOCTEZUMA TOVAR,<br><br>　　　　Defendant. | Case No.: 2:11-cr-00296-WBS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING CONDITIONS OF RELEASE FOR MOCTEZUMA TOVAR, AMENDED |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the conditions of release for defendant, Moctezuma Tovar, may be modified to permit Mr. Tovar to travel to Cancun, Mexico from June 15, 2019 to June 22, 2019 in order to celebrate his aunt's 50th wedding anniversary and his 50th birthday.  Mr. Tovar shall return to the Eastern District of California on or before June 23, 2019.

　　Brian Fogerty, Assistant United States Attorney, and Thomas A. Johnson, attorney for Moctezuma Tovar, agree to this modification of the conditions of release.  All other previously ordered conditions of release remain in full force and effect.

**IT IS SO STIPULATED.**


Dated: May 6, 2019　　　　　　　　　　　　　　　/s/ Thomas A. Johnson
　　　　　　　　　　　　　　　　　　　　　　　　THOMAS A. JOHNSON
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Moctezuma Tovar

1

Dated: May 6, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ Brian Fogerty
BRIAN FOGERTY
Assistant U.S. Attorney

## **ORDER**

IT IS HEREBY ORDERED that defendant Moctezuma Tovar may travel to Cancun, Mexico to attend a family reunion from June 15, 2019 to June 22, 2019. In advance of his trip, Mr. Tovar shall provide proof of his travel and hotel accommodations to the Assistant United States Attorney.

IT IS FURTHER ORDERED that the Clerk of the Court shall return Moctezuma Tovar's passport. Mr. Tovar shall return his passport to the Clerk of the Court on the first business day following his return to the Eastern District of California on June 23, 2019.

**IT IS SO ORDERED.**

Dated: May 6, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE