THOMAS A. JOHNSON, #119203
KRISTY M. HORTON, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:11-cr-00296-01 WBS |
| Plaintiff, | [PROPOSED] ORDER FOR EXONERATING THE BOND |
| vs. | |
| MOCTEZUMA TOVAR, | |
| Defendant. | |

### REQUEST TO EXONERATE THE BOND
### FOR THE W. WOODLAND AVENUE PROPERTY

In August of 2011, Mr. Tovar's father, Pablo Tovar, posted a property to satisfy the $100,000 secured bond. On September 30, 2019, Moctezuma Tovar was sentenced. Therefore, it is hereby requested that the secured appearance bond be exonerated for the property at 74 W. Woodland Avenue in Woodland, California, 95695, and that the Clerk of the District Court be directed to re-convey the property back to the current owner. Since August of 2011, Pablo Tovar has deceased, and the property is now owned by Marisol Tovar. *See* Exhibit A. A request was submitted after sentencing and the Court indicated the renewed request needed to be submitted after Mr. Tovar turned himself into custody on December 2, 2019. Mr. Tovar is now in the Bureau of Prisons and requests the property bond be exonerated.

- 1 -

DATED: December 16, 2019			Respectfully submitted,

			/s/ Thomas A. Johnson
			THOMAS A. JOHNSON
			Attorney for Moctezuma Tovar

## ORDER

**IT IS HEREBY ORDERED** that the appearance bond secured by a Deed of Trust against the real property located at 74 W. Woodland Avenue in Woodland, California, 95695, is hereby exonerated. The Clerk of the Court is directed to re-convey the property back to the owner, Marisol Tovar, 2121 Natomas Crossing Drive Suite 200-274, Sacramento, CA 95834.

Dated: December 18, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE