IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MOCTEZUMA TOVAR,<br><br>Defendant. | Case №: 2:11-cr-00296-01 WBS<br><br>**O R D E R**<br>**APPOINTING COUNSEL** |

The above named Defendant has, under oath, sworn or affirmed as to his or her financial inability to employ counsel or has otherwise satisfied this Court that she is financially unable to obtain counsel and wishes counsel be appointed to represent his or her on Compassionate Release. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Benjamin Ramos is appointed to represent the above defendant in this case effective *nunc pro tunc* to February 25, 2021, substituting the Federal Defenders Office appointed per G.O. 595.

This appointment shall remain in effect until further order of this court.

Dated: March 2, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-1-