UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>          Plaintiff,<br>    vs.<br><br>MOCTEZUMA TOVAR,<br><br>          Defendant. | Case No. 2:11-cr-00296-1 WBS<br><br>**ORDER SEALING DOCUMENTS** |

Pursuant to Local Rules 140 and 141, defendant/movant, MOCTEZUMA TOVAR, requests an Order sealing confidential records submitted in this case.

　　Defendant's Request is based on HIPPA (42 U.S.C. § 1320d–5(a)(1)) and various cases finding a compelling need to protect medical privacy: "HIPAA's stated purpose of protecting a patient's right to the confidentiality of his or her individual medical information is a compelling federal interest. California similarly recognizes a person's interest in protecting private medical information. *See Dep't of Motor Vehicles v. Superior Court,* 100 Cal.App.4th 363, 373, 122 Cal.Rptr.2d 504, 511 (Cal.Ct.App.2002)." *California v. Crenshaw Mony Life Insurance Company*, 318 F.Supp.2d 1015, United States District Court, S.D. (2004).

Defendant's Request is GRANTED.

Exhibits 1 through 7, submitted by defendant in support of his motion to reduce sentence, 28 U.S.C. section 3582(c)(1)(A), are ordered sealed until further Order of the Court.

IT IS SO ORDERED.

Dated: April 6, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE