PHILLIP A. TALBERT
Acting United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-296 WBS |
| Plaintiff, | STIPULATION REGARDING BRIEFING SCHEDULE FOR COMPASSIONATE RELEASE MOTION; ORDER |
| v. | |
| MOCTEZUMA TOVAR, | COURT: Hon. William B. Shubb |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Moctezuma Tovar, by and through defendant's counsel of record, hereby stipulate as follows:

1.     On April 6, 2021, defendant Tovar filed a motion for compassionate release, pursuant to 18 U.S.C. § 3582(c)(1)(A).

2.     By this stipulation, the parties request that the Court set the following briefing schedule for Tovar's motion:

        a)     The government shall file its opposition or statement of non-opposition on or

               before April 30, 2021; and

        b)     Tovar shall file his reply, if any, on or before May 14, 2021.

3.     The parties request that the Court hold a hearing regarding Tovar's motion on May 24, 2021, at 9:00 a.m., unless the Court decides to take the motion under submission without a hearing.

1    IT IS SO STIPULATED.

2

3    Dated:  April 9, 2021                    PHILLIP A. TALBERT
                                              Acting United States Attorney
4

5                                             /s/ BRIAN A. FOGERTY
                                              BRIAN A. FOGERTY
6                                             Assistant United States Attorney

7

8    Dated:  April 9, 2021                    /s/ BENJAMIN RAMOS
                                              BENJAMIN RAMOS
9                                             Counsel for Defendant
                                              MOCTEZUMA TOVAR
10

11

12

13                               **ORDER**

14    IT IS SO ORDERED.

15    Dated:  April 12, 2021

16                                            WILLIAM B. SHUBB
                                              UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING BRIEFING SCHEDULE FOR
COMPASSIONATE RELEASE MOTION