| | |
|---|---|
| 1 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| 2 | BRIAN A. FOGERTY<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MOCTEZUMA TOVAR,<br><br>Defendant. | CASE NO. 2:11-CR-00296-WBS<br><br>**STIPULATION REGARDING AMENDED BRIEFING SCHEDULE FOR COMPASSIONATE RELEASE MOTION; ORDER**<br><br>COURT: Hon. William B. Shubb |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant Moctezuma Tovar, by and through defendant's counsel of record, hereby stipulate as follows:

1. On April 6, 2021, defendant Tovar filed a motion for compassionate release, pursuant to 18 U.S.C. § 3582(c)(1)(A).

2. By this stipulation, the parties request that the Court set the following briefing schedule for Tovar's motion:

    a) The government shall file its opposition or statement of non-opposition on or before **May 5, 2021**; and

    b) Tovar shall file his reply, if any, on or before **May 19, 2021**.

3. The parties request that the Court hold a hearing regarding Tovar's motion on May 24, 2021, at 9:00 a.m., unless the Court decides to take the motion under submission without a hearing.

IT IS SO STIPULATED.

Dated: April 27, 2021
PHILLIP A. TALBERT
Acting United States Attorney

/s/ BRIAN A. FOGERTY
BRIAN A. FOGERTY
Assistant United States Attorney

Dated: April 27, 2021
/s/ BENJAMIN RAMOS
BENJAMIN RAMOS
Counsel for Defendant
MOCTEZUMA TOVAR

**ORDER**

IT IS SO ORDERED

Dated: April 29, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE