UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-cr-00296-01 WBS |
| Plaintiff, | |
| v. | ORDER |
| MOCTEZUMA TOVAR, | |
| Defendant. | |

----oo0oo----

Defendant Moctezuma Tovar has filed a motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). (Docket No. 1036.) In his motion, defendant contends that compassionate release is warranted because of the COVID-19 pandemic, including the emergence of new "variants", along with his diagnosis of gout and the various sentencing factors under 18 U.S.C. § 3553(a). However, defendant is only 51 years old, he appears to be receiving proper treatment for his current conditions, there is no evidence that his gout makes him more at risk of serious complications due to COVID-19, and defendant has made no showing

1

that he would receive better care for his medical condition outside of prison than within.

As this court has noted numerous times, the COVID-19 pandemic by itself does not constitute an extraordinary and compelling reason for compassionate release. See 18 U.S.C. § 3582(c)(1)(A); U.S.S.G. § 1B1.13.[1]  Further, the court notes that defendant received his second dose of the Moderna COVID-19 vaccine on March 22, 2021 and thus has been fully vaccinated for the coronavirus. Under all of the relevant factors, defendant has not shown that compassionate release is appropriate in this case. Accordingly, the motion (Docket No. 1036) is DENIED.

IT IS SO ORDERED.

Dated: May 19, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] The court recognizes that § 1B1.13 is not binding on this court, though it "may inform a district court's discretion for § 3582(C)(1)(A) motions filed by a defendant." United States v. Aruda, 993 F.3d 797 (9th Cir. 2021). According, the court considers the Sentencing Commission's policy statements in deciding the instant motion.